AARON J. SHNIDER (SBN 337108)

181 Devine St.

San Jose, CA 95110

Tel: 408-438-5491

Email: ajs@shniderlaw.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Case No.: NO. CR 15-00264 NW** |
| ) | |
| ) | |
| Plaintiff. ) | **[PROPOSED] ORDER TO SEAL** |
| ) | |
| vs. ) | **DEFENDANT JUAN ROMERO'S EXHIBIT** |
| ) | |
| JUAN ROMERO, ) | **A TO AMENDED SENTENCING** |
| ) | |
| ) | **MEMORANDUM** |
| Defendant. ) | |
| ) | |
| ) | |

**[PROPOSED] ORDER**

Based on the application of counsel for Defendant Juan Romero, and for good cause shown,

IT IS HEREBY ORDERED that Exhibit A to Defendant Juan Romero's Amended Sentencing

Memorandum, consisting of confidential mitigation materials, shall be filed UNDER SEAL and

maintained under seal until further order of this Court.

1

SO ORDERED.

Dated: _____

_____
Noël Wise
United States District Judge

GRANTED

Judge Noël Wise